# United States District Court
## Southern District of Georgia

Richard L. Ramsey

_____
Plaintiff

v.  Dollar Tree, Inc.

_____
Defendant

Case No. 4:19-cv-00325-WTM-CLR

Appearing on behalf of

Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __16th__ day of __January__, __2020__.

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Henry F. Warnock |
| Business Address: | Ford & Harrison LLP |
| | Firm/Business Name |
| | 271 17th Street, NW, Suite 1900 |
| | Street Address |
| | Atlanta  GA  30363 |
| | Street Address (con't)  City  State  Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2  City  State  Zip |
| | (404) 888-3808    232668 |
| | Telephone Number (w/ area code)  Georgia Bar Number |
| Email Address: | hwarnock@fordharrison.com |