# United States District Court
## Southern District of Georgia

Richard L. Ramsey

_____
Plaintiff

v.  Dollar Tree, Inc.

_____
Defendant

Case No. 4:19-cv-00325-WTM-CLR

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __28th__ day of __January__, __2020__.

*[signature: Christopher L. Ray]*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Patrick M. Corley

Business Address: Ford & Harrison LLP
Firm/Business Name

271 17th Street, NW, Suite 1900, Atlanta, GA 30363
Street Address

| Street Address (con't) | Atlanta | GA | 30363 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (404) 888-3884 | | 928356 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: pcorley@fordharrison.com