FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2020 FEB -3 PM 12: 17

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RICHARD L. RAMSAY,          )
                            )
        Plaintiff,          )
                            )
v.                          )          CASE NO. CV419-325
                            )
DOLLAR TREE, INC.,          )
                            )
        Defendant.          )
_____)

## O R D E R

Before the Court is Plaintiff Richard L. Ramsay's Notice of Dismissal Without Prejudice. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3RD day of February 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA